UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID G. TAYLOR,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

Case No.  C06-5257FDB

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

DATED this 26th day of May, 2006.

        */S/ J. Kelley Arnold*
        J. Kelley Arnold
        United States Magistrate Judge

ORDER
Page - 1