# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID G. TAYLOR

       v.

DOUG WADDINGTON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5257FDB

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The petition is **DISMISSED**. The first two grounds for relief are procedurally barred and the third is without merit.

| | |
|---|---|
|    March 5, 2007 |    BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |